**Order entered September 26, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01555-CR
No. 05-13-01556-CR
No. 05-13-01557-CR

**THOMAS COREA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-00737-Y, F13-00406-Y, F13-00407-Y**

## ORDER

The Court **GRANTS** appellant's September 24, 2014 motion to supplement the record on appeal or abate for determination of whether the record can be supplemented.

We **ORDER** the trial court to conduct a hearing to determine: (1) whether there was a subsequent hearing regarding restitution; (2) if so, who recorded the hearing and whether the record can be supplemented with a transcript of the hearing; and (3) if not, the trial court shall make findings that the hearing was not recorded or that there was no subsequent hearing regarding restitution.

We **ORDER** the trial court to transmit a record of the proceedings, which shall include written findings and recommendations, to this Court within **THIRTY DAYS** from the date of this order.

This appeal is **ABATED** to allow the trial court to comply with the above order. The appeal shall be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.

/s/    ADA BROWN
           JUSTICE